DAVID WARNER, PLAINTIFF-RESPONDENT, v. FRANK M. DAVIS, OR IN THE ALTERNATIVE, THE WESTERN UNION TELEGRAPH COMPANY, A CORPORATION CONDUCTING BUSINESS IN THE STATE OF NEW JERSEY, DEFENDANT APPELLANT.

Submitted February 17, 1933—Decided April 27, 1933.

For the appellant, *Francis R. Stark* and *Edwin F. Smith*.

For the respondent, *Hyman Brodsky*.

PER CURIAM.

The judgment under review will be affirmed, for the reasons given in the opinion of the Supreme Court, *ubi supra*.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, CASE, DONGES, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ.   12.

*For reversal*—None.